UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Christopher M. Mills & Betheny A. Mills

Case No. 16-12279
Chapter 13

Debtor(s).

## LOSS MITIGATION REQUEST BY DEBTOR(S) AND CERTIFICATE OF SERVICE

**PURSUANT TO SECTION V OF THE COURT'S LOSS MITIGATION PROGRAM PROCEDURES, THE CREDITOR NAMED HEREIN HAS 14 DAYS FROM SERVICE OF THIS REQUEST TO FILE AND SERVE AN OBJECTION TO LOSS MITIGATION REQUEST AND A NOTICE OF HEARING ON OBJECTION TO LOSS MITIGATION REQUEST ON THE DEBTOR(S), DEBTOR(S)' ATTORNEY, AND THE CASE TRUSTEE. IF AN OBJECTION TO LOSS MITIGATION REQUEST AND A NOTICE OF HEARING ON OBJECTION TO LOSS MITIGATION REQUEST ARE NOT FILED, THE COURT MAY ENTER A LOSS MITIGATION ORDER.**

### I. IDENTIFICATION OF THE PROPERY AND THE PARTIES:

I am/We are the Debtor(s) in this case and hereby request to enter into the Loss Mitigation Program with respect to my/our Property located at:

Address: 20 Orchard Mills Road

Claverack, NY 12513 ;

With the following Creditor:

Creditor's Name and Address:

Wells Fargo Home Mortgage, N.A.

MAC N9286-O1Y 1000 Blue Gentian Rd

Eagan, MN 55121-7700

With respect to the Property, Creditor is the holder of a:

☒ First Mortgage
☐ Second Mortgage
☐ Other (please specify): _____

1

(LM:01 Request by Debtor(s) rev. 03-15-2016)

## II. SIGNATURE:

I understand that if the court orders Loss Mitigation in this case, I am required to comply with the Loss Mitigation Program Procedures and will participate in good faith. **I understand that Loss Mitigation is voluntary for all parties and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me.** I understand that I am not required to request dismissal of my case as part of any resolution or settlement that is offered or agreed to during Loss Mitigation. I also understand that if a Loss Mitigation Order is entered, I am responsible pursuant to section VII(B) of the Loss Mitigation Program Procedures for adjourning any matters pending between the Loss Mitigation Parties for which I am the movant. I certify that the Property in question consists only of real property used as my principal residence in which I hold an interest.

Dated: 7/25/17

_____
Debtor

Dated: 7/25/17

_____
Joint Debtor

## III. LOSS MITIGATION CONTACT INFORMATION FOR ATTORNEY FOR DEBTOR(S):

Name: Justin Myers, Esq.

Title: Attorney for Debtors

Firm: Barbaruolo Law Firm, PC

Address: 12 Cornell Road

Address 2: 

City: Latham            State: NY    Zip Code: 12110

Phone No.: 518-782-9100      Facsimile No.: 518-782-9101

Email Address: jmyers@pmblawpc.com

2

(LM:01 Request by Debtor(s) rev. 03-15-2016)

## IV. CERTIFICATE OF SERVICE:

I, Justin Myers, state under penalty of perjury that the following is true and accurate.

(1) That I am not a party to this action, am over 18 years of age, and reside in Latham, New York.

(2) That on November 2, 20 17, I served a true and accurate copy of the above Loss Mitigation Request by Debtor(s)—

—by notice of electronic filing (NEF) via the CM/ECF system upon the following parties at the email addresses listed below:

Andrea E. Celli, Esq. <legal@ch13albany.com>
Brittany Maxon, Esq. <bmaxon@woodsoviatt.com> Attorney for Wells Fargo
<bkinbox@woodsoviatt.com>

—by first class mail upon the following parties at the addresses listed below:

—by certified mail upon the following parties at the addresses listed below:

Dated: November 2, 20 17
Latham, New York

Name _(signed)_

Sworn to before me this
2nd day of November, 20 17

_(signature)_
Notary Public, State of New York

MARIA A. WELCH
Notary Public, State of New York
No. 4900470
Qualified in Saratoga County
Commission Expires January 31, 20 18

(LM:01 Request by Debtor(s) rev. 03-15-2016)