So Ordered.

Signed this 28 day of September, 2018.

_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

Christopher M Mills
Betheny A Mills ,

      Debtors

**ORDER**

**CASE #: 16-12279-1-rel**
**CHAPTER 13**

### ORDER VACATING AUTOMATIC STAY

  Upon the application of  Wells Fargo Bank, N.A. ("Secured Creditor") for relief from the automatic stay for the purpose of foreclosing its Mortgage on 20 Orchard Mills Road, Claverack, NY 12513, and the motion having been submitted on the papers, and there being no opposition filed thereto, it is hereby

  **ORDERED** that the automatic stay is hereby lifted and vacated to permit Secured Creditor to foreclose its mortgage on the property located at 20 Orchard Mills Road, Claverack, NY 12513; and it is further

**ORDERED** the case Trustee be added as a necessary party to receive notice of the report of sale and surplus money proceedings; and it is further

**ORDERED** that if the case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this order will remain in full force and effect; and it is further

**ORDERED** closure of the case shall not constitute an abandonment of the Trustee's interest, if any, in the proceeds; and it is further

**ORDERED** that the 14 day stay imposed by the Federal Rules of Bankruptcy Procedure 4001(a) (3) is hereby waived.

####