So Ordered.

Signed this 11 day of October, 2018.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

In re:

Christopher M Mills
Betheny A Mills

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

**CASE #: 16-12279-1-rel**
**CHAPTER 13**

Debtor(s).

### ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor:** Specialized Loan Servicing

**Property Address**: 20 Orchard Mills Road Claverack NY 12513

**Last Four Digits of Account Number of Loan**: 2634

**File Date of Loss Mitigation request**: 11/02/2017

**Date of Entry of Loss Mitigation Order**: 11/22/2017

**Date of Entry of Order Approving Settlement (*if any*)**: _____

**Other Requests for Loss Mitigation in this Case**:    ☐ Yes        ☐ No

    The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

☐ Loan modification                    ☐ Surrender of property

☐ Short sale                          ☒ No agreement has been reached

☐ Other: _____

    NOW, based upon the foregoing, it is hereby

    **ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.

###

{6632023: }20172575